UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------ x
CARR MASSI et al., :
 :
                      Plaintiffs, :
 :
      -against- : ORDER
 :
KENYTA GROUP LLC et al., : 19 Civ. 10096 (GBD)
 :
                     Defendants. :
 :
------------------------------------------ x

GEORGE B. DANIELS, United States District Judge:

    The Court, having reviewed Plaintiff's Motion for Voluntary Dismissal and for good cause shown, IT IS HEREBY ORDERED on this 26th day of September 2022, that Plaintiff's Motion for Voluntary Dismissal is GRANTED, and the above-captioned action is hereby dismissed with prejudice, and without costs or attorneys' fees to any party, against Defendants Kentya Group, LLC, and M & M Pizza Corp. All conferences and deadlines previously scheduled are adjourned *sine die*. The Clerk of Court is directed to close the motion at ECF No. 17 and this case.

Dated: September 26, 2022
       New York, New York

                                SO ORDERED.

                                *George B. Daniels*
                                GEORGE B. DANIELS
                                UNITED STATES DISTRICT JUDGE